UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MELISSA KLOTKA

    Plaintiff,

  v.

Case No.: 19-cv-328

ONLINE TRADING ACADEMY

    Defendant

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed without prejudice and without costs to either party.

Dated: April 22, 2019    By: *s/ Scott S. Luzi*
Scott S. Luzi, SBN 1067405
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: sluzi@walcheskeluzi.com

*Attorneys for Plaintiff*

Dated: April 22, 2019    By: *s/ Kurt A. Goehre*
Kurt A. Goehre, SBN 1068003
Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
P.O. Box 23200
Green Bay, Wisconsin 54305
Telephone: (920) 437-0476
Email: kag@lcojlaw.com

*Attorneys for Defendant*